IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES JOHNSON,

    Petitioner,

    v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, et al.,

    Respondents.

Civil Action No. 3:12-CV-01730

(Judge Mariani)

## ORDER

AND NOW, to wit, THIS 20th DAY OF NOVEMBER, 2013, in accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Docs. 1) is **DENIED**.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge